IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THRIFTY PROPANE, INC. | ) | Case No.1:12cv199 |
| FARMERS PROPANE, INC. | ) | |
|     Plaintiffs | ) | |
|     vs. | ) | Judge Solomon Oliver |
| | ) | |
| ENTERPRISE TE PRODUCTS | ) | |
| PIPELINE, LLC | ) | |
| | ) | |
| | ) | |
|     and | ) | |
| | ) | |
| PROPANE RESOURCES | ) | |
| MARKETING AND SUPPLY, LLC | ) | |
|     Defendants | ) | |

_____

## NOTICE OF DISMISSAL
_____

Now comes the Plaintiffs, Thrifty Propane, Inc. and Farmers Propane, Inc. and hereby gives their Notice of Dismissal pursuant to R. 41(A), Federal Rules of Civil Procedure, this case having been previously dismissed as Case No. 11-cv-02520 bearing the same caption in this Court.

Respectfully Submitted,

/s/David C. Eisler
David C. Eisler (OBar #020362)
P . O Box 1721
Medina, Ohio 44258
(216) 214-2106
dceisler@gmail.com,
Counsel for the Plaintiffs

2/6/2012 - IT IS SO ORDERED.
/s/SOLOMON OLIVER, JR.
CHIEF JUDGE
UNITED STATES DISTRICT COURT